IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIO RAMIREZ MORILLO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:26-CV-2952-D (BT) |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, petitioner's habeas petition will be dismissed without prejudice as premature.

**SO ORDERED**.

October 19, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE